UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT BRANDON PIERSON,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN COLVIN, ACTING COMM. OF SSA,<br><br>    Defendant | Case No.: 2:14-CV-00678 AC<br><br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

    It is hereby stipulated by and between the parties through their undersigned counsel, subject to the approval of the Court, that Robert Brandon Pierson will be awarded attorney fees in the amount of FIVE THOUSAND THREE HUNDRED and NO CENTS DOLLARS ($5,300.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. section 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. section 2412(d).

    After the Court issues an order for EAJA fees to Robert Brandon Pierson, the Defendant will consider any assignment of EAJA fees to John V. Johnson pursuant to Astrue v. Ratliff, 130 S.Ct. 2521, 2252-2253 (2010), the ability to honor any such assignment will depend on whether the fees are subject to any offset allowed under the United States Department of Treasury's Offset Program. After the order for EAJA fees is entered, the Defendant will determine whether they are subject to any offset.

STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) - 1

Fees shall be made payable to Robert Brandon Pierson, but if the Department of the Treasury determines that Robert Brandon Pierson does not owe a federal debt, then the government shall cause the payment of fees to be made directly to John V. Johnson, pursuant to any assignment executed by Plaintiff. Any payment made shall be delivered to John V. Johnson.

This stipulation constitutes a compromise settlement of Robert Brandon Pierson's request for EAJA attorney fees and does not constitute an admission of liability on the part of the Defendant under EAJA. Payment of the agreed amount shall constitute complete release from, and bar to, any and all claims that Robert Brandon Pierson and/or John V. Johnson may have relating to EAJA attorney fees in connection with this action. This award is without prejudice to the rights of John V. Johnson to seek Social Security Act attorney fees under 42 U.S.C. section 406(b) subject to the savings clause provisions of EAJA.

Respectfully Submitted,

DATED: June 7, 2015                    / s / John V. Johnson
                                       (As authorized
                                       johnvjohnson@sbcglobal.net)
                                       John V. Johnson
                                       Attorney for Plaintiff

DATED: June 8, 2015                    BENJAMIN B. WAGNER
                                       United States Attorney
                                       DONNA L. CALVERT, Acting
                                       Regional Chief Attorney, Region IX
                                       Social Security Administration

                                       / s / Sundeep R. Patel
                                       SUNDEEP R. PATEL
                                       Special Assistant U.S. Attorney

**ORDER**

APPROVED AND SO ORDERED.

DATED: July 16, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) - 2